See also, 244 S.W.2d 478.

**FRIENDLY FINANCE, Inc., movant, v. Noble BARKER et al., opposed.**

Court of Appeals of Kentucky.

Nov. 30, 1951.

Rehearing Denied Feb. 15, 1952.

Farland Robbins, Mayfield, for movant.

F. B. Martin and Sam Boyd Neely, Mayfield, opposed.

PER CURIAM.

Motion for an appeal from the Graves Circuit Court. Money judgment for $401.

Appeal denied. Judgment affirmed.